IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| VANESSA M. CARTER, ) | |
| ) | Case No. 4:05CV00014 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | By: Jackson L. Kiser |
| ) | Senior United States District Judge |
| Defendant. ) | |

Before me is the Report and Recommendation of the United States Magistrate Judge recommending reversal of the Commissioner of Social Security's ("Commissioner") final decision denying Plaintiff Vanessa M. Carter's ("Plaintiff") claim for benefits. The Commissioner and Plaintiff filed objections to the Report and Recommendation. I reviewed the Magistrate Judge's Report and Recommendation, the Commissioner's objections, Plaintiff's objections, and relevant portions of the Record. The matter is now ripe for decision. For the reasons stated in the accompanying Memorandum Opinion, I **AFFIRM** the Magistrate Judge's Report and **REJECT** the Commissioner's and Plaintiff's objections.

The Commissioner's final decision denying Plaintiff's claim for benefits is **REVERSED**, and the case is hereby **REMANDED** to the Commissioner for further consideration in accordance with the accompanying Memorandum Opinion.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to the Magistrate Judge and all counsel of record.

1

Entered this 10th day of February, 2006.

                                                s/Jackson L. Kiser
                                                Senior United States District Judge